UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARCO DI CIERO,

         *Plaintiff,*

    -against-

F&F MANAGEMENT INC. AND TRANS
UNION LLC,

        *Defendants.*

**Case No. 2:2021-cv-17129 (CCC) (CLW)**

## LOCAL RULE 7.1.1 STATEMENT

    Counsel for Plaintiff Marco Di Ciero ("Plaintiff") certifies that Plaintiff does not have any person or entity that is not a party and is providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated October 12, 2021

        /s/ James R. Ticchio
        James R. Ticchio
        **Sherman & Ticchio PLLC**
        120 N. Main St., Suite 302B
        New City, NY 10956
        212-324-3874
        james@st-legal.com
        *Counsel for Plaintiff*